_____
(Name)

_____
(Address)

_____
(City, State, Zip)

_____
(CDCR / Booking / BOP No.)

FILED
CLERK U.S DISTRICT COURT
NOV 29 2018
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District of California

MR. JOHNSON HERBERT_____,
(Enter full name of plaintiff in this action.)

                    Plaintiff,

          v.

1) WARDEN DANIEL PARAMO    (8) C.O. COWART
2) Lt. H. FERREL            (9) C.O. HUGHES
3) C.O. MILLER              (10) CCI HILL
4) CCII HOMER               (11) MALE NURSE (BLACK)
5) MAIL ROOM SGT. P. GARCIA (12) DR. SEELEY
(Enter full name of each defendant in this action.) (13) DONALD SPECTER
6) LIBRARY; MS. E. TISCORRIA    Defendant(s).
7) DR. G. CASIAN

CV18-09986-R-JDE

Civil Case No._____
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

RECEIVED
CLERK U.S. DISTRICT COURT
NOV 26 2018
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

_____.

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, _____
                                                                              (print Plaintiff's name)
_____, who presently resides at _____
                                              (mailing address or place of confinement)
_____, were violated by the actions of
the below named individuals. The actions were directed against Plaintiff at_____
_____ on (dates) _____ , _____ , and _____ .
   (institution/place where violation occurred)              (Count 1)    (Count 2)       (Count 3)

§ 1983 SD Form
(Rev. 8/15)

A-1

2. **Defendants:** (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant __DANIEL PARAMO__ resides in __RJD PRISON__,
            (name)                                  (County of residence)
and is employed as a __WARDEN__. This defendant is sued in
                    (defendant's position/title (if any))
his/her ☐ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: __SEE 602 DENI ME MY RIGHTS; 602; RJD-18-01569 To due Process And Pro 57, Conspiracy DENI court__.

Defendant __H. FERREl__ resides in __RJD PRISON__,
            (name)                                  (County of residence)
and is employed as a __lieutenant__. This defendant is sued in
                    (defendant's position/title (if any))
his/her ☐ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: __Conspiracy; due process from pro 57; SEE 602's DENI court.__

Defendant __HOMER__ resides in __RJD PRISON__,
            (name)                                  (County of residence)
and is employed as a __C.C.II__. This defendant is sued in
                    (defendant's position/title (if any))
his/her ☐ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: __Conspiracy; DENI Due process from Pro 57; Ship ME out on A fAlse crime. due process to court.__

Defendant __Miller__ resides in __RJD PRISON__,
            (name)                                  (County of residence)
and is employed as a __Officer on the floor Building A-3__. This defendant is sued in
                                (defendant's position/title (if any))
his/her ☐ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: __Conspiracy! DENI ME Pro 57 And Due Process.__

(1) of 13

WARDEN 1 of

Count 2: The following civil right has been violated: MY ACCESS to Court, Abuse of Authority, Cruel and unusual Punishment.
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

RETALIATION: NO INTEGRITY, for MY SAFTY, for MY WELL bEING: BEATEN TWICE ON his WATCh, Abuse from MEDICAL CARE, FROM 2012-14 NoW bACK to RJD: 2018, Abuse IN All the SAME MATTER, MAiL BLOCK Going out LEGAL mAil. DID the Court house MoVE? MADE ME "TRIPLE C's" PROPERTY Lost! HE STATES I HAD No CANE, SEE Committee CHRONO 8/8/17, 602 7/12/18 THird LEVEL. NO ONE AS For EVIDENCE. PROPERTY StoLEN ON his WATCh. EVERY THING THAT HAPPEN to ME Now, Under his WATCh. THE SAME THING HAPPEN to ME under his WATCH IN 2012-14 AND MORE, WARDEN DANIEL PARAMO. DENI ME MY 602'S ON Hill AND ON C.O. MILLER, Ect,,,

Lt. H. Ferrel 2ND

(2) of 13

## C. Causes of Action (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: <u>DENI ACCESS to Court: DUE</u>
(E.g., right to medical care, <u>access to courts</u>, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

Retaliation: Arrive from New Folsom on Sat 3rd 2018 [Court case of Abuse by Staff] Pro Se. Separated from my Property & Case # 2:17-CV-1568-CKD New Folsom call ahead to stop my case. There was No: Deemed to Threat to Safty of Institutional. Lieutenant H. Ferrel told me that there No Captain on the Yard to House me. There an Acting Sargent also an Acting Lieutenant, why is there No Acting Captain? Property Stolen, and Beaten by C.O. Miller (Cruel and unusual Punishment) Also written up by CCI Hill. She put Miller on me. 602's always Deni, So it can be Rejected by Level Three. See 602 RJD-18-00665: TLR Case No. 1805623 From Warden Daniel Paramo.

Count 2: The following civil right has been violated: THERE A BLACK MALE NURSE WHO (NONE) do WEAR NAME TAG'S. HE IS THE ONLY ONE WHO DENI ME MY 8 P.M. PAIN Pill

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 2.]

HE STARTED THIS WHEN RJD WAS ON LOCK DOWN! THIS HARASSMENT STARTED EARLY PART OF 2018 (April) I SPOKE to his SUPERVISOR, but NONE will fix the Problem. Also wrote to Chief PHYSICIAN & SURGEON DR. G. CASIAN, I wrote to the ADA: DR. G. CASIAN ON this AND other's MEDICAL NEEDS: Boost EXTRAY TRAY, shoes. NO HELP.

I AM torture HERE, by medical Staff At THEIR will. THIS NURSE HAVE the tower to Cross me off the list for 8.P.M. MED'S but I'M ON the floor officer list. 11/8/18 HE REFUSE to give ME MED's. THIS is A ON Going Problem.

§ 1983 SD Form
(Rev. 8/15)

4

Count 2: The following civil right has been violated: DR SEELEY took Wheel Chair from me, IN 2014 and Place me up IN 207, And I had A Cyst IN right KNEE. From Lower, Lower to 207 Cell
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 3.]

Abuse and deliveren in different, from the (daily) day he came on A-Yard, would Call me, Twice a month, And Ask me what I wanted.

Deni me Shoes: I show chrono, I was Granted the shoes, he would Not Give me the Shoes. He put me up for Transfer, And Send me a pair of defected shoes: 9½ Left side wide And the Right side narrow and Small then the Left Shoe.

It damage my right 2nd toe Nail, is coming off, Now it will be Two toes with No Nail! Right Big Toe, RJD Still Refuse me Shoes Care for my feet. Pain & Suffering feet And Right Knee.

§ 1983 SD Form
(Rev 8-15)

5

13

(1) of 13

Count 2: The following civil right has been violated: _____
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

Donald Specter of Prison Law office and Assoc. have refuse to help me in any of these Area: Medical 602's or ADA Medical Care, Staff Complaint (C.M.F.) or Pro 57 which I was told to send P.L.O. My 602 after the 3rd Level, but only to be mail back to me. Deni my rights to Go to the board; Pro 57. I'm also deni for these past years 2010-18 Information that would help me fight for my self. 8 Years of Paine Sufferin. Whoever is in Charge knows my Name and I'm deni Help.

§ 1983 SD Form
(Rev. 8/15)

4



