CentRAL DistRict Court
312 N. SPring St
Los Angeles, CA 90012



2:18-cv-09986-R (JDE)

Sir/Ms
    Writing to Let You Know of the Case, Im
TRYing for Some time to Get A case # for, but WAS
Hold uP. PLEASE see the other PAPER! LookoN Both
side to Get Story, I HAVE 13 PEOPLE AND THE NEW IFP
To show THAT I AM INDIGENT did NoT Come; THE library
WOMAN who does THE IFP, who is A PART of this Problem! DENY
DUE Process, If the PAPER show, I will MAIL It to You.
    THANK YOU    TWO ENVELOPES TODAY AND ONE COMING
                                                    TOMORROW
        MR. JOHNSON M (P60805)
        480 ALTA RD
        SAN DIEGO, CA. 92179

CENTRAL District of California
312 N. Spring st
Los Angeles Ca. 90012

RJD 480 Alta Rd AS-138
San Diego Ca. 92179

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

Clerk office

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Mr Johnson | Herbert | P60805 | Johnson H |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM____ TO____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| A5-138 | Court # ??? | | NEW Court NEW # |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

Dear Sir/Ms, To whom it may concern, I have been trying to get into court for some time, I like your court to hear this case on RJD, to much time have pass and this is an Emergency at hand, 1st time I wrote to 880 Front St. Sandiego, courts for court Rules, Also I wanted to file, for a case No. For court. Reply was I had to pay for the Rules: and cases was pull out the computer. We were Not on the same page. I wrote and as for a Civil Right Package and Mail an IFP (Indigent) which was

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☑ SENT THROUGH MAIL: ADDRESSED TO: Los Angeles Clerk office,    DATE MAILED: 10/31/18
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE)

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)  YES  (NO) |
|---|---|---|---|
| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | | METHOD OF DELIVERY (CIRCLE ONE)  IN PERSON  (BY US MAIL) |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

Mail to 333 W. Broadway and the forms sent to me, but No Information on whats whats! forms, from 333 W. Broadway, Sandiego. Now I write them for a case#, I did send a Letter to 888 Front St. Diego with the front sheet fill out. With the Letter on the Back, with Johnson V. ect... which was mail back to me, Letter from 333 Broadway 10/19/18, Reply after I had to write: we have receive both your IFP and Trust Account.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

However, You did not indicate which case these (letter Not forward to 333 Broadway from 888 Front St, which the letter would tell what I'm trying to do.) documents and applicable case Number. No document in Letter, but the document is what I file for I have: To Many hands in the Cookie Jar. All Papers and documents are to be mail to the right court: that didn't happen

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| 10/25/18 We received your most recent Letter and this is the third response | |

## SECTION D: SUPERVISOR'S REVIEW (4X Forme Now to you makes 5X)

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| We have Mail you a Blank | 1983 civil | Rights form for you | to fill out so that |

You can send Back, Along with the IFP Motion, So that We can issue you a case#. currently, we do not have a case for you in our court. I'm sending a New IFP and I will Send the Number Case: Count 1-11 Please take this case. Inc gave me a case# Block by C.M.F. My Property Stolen: Now Legal-Mail Missing Beaten By Officer. Pro 57 taken from me. Deni mencal care Ect. I will wait to Hear from you.



